ERIC GRANT
United States Attorney
JUSTIN LEE
CHARLES CAMPBELL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT BEATTY, JR.,<br><br>Defendant. | CASE NO. 2:25-CR-158-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 4, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 4, 2025.

2. By this stipulation, defendant now moves to continue the status conference until October 9, 2025, at 9:30 a.m., and to exclude time between September 4, 2025, and October 9, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes several hundred pages of documents and multiple hours of body camera footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel has requested disclosure to several additional documents. The government is working to produce those documents, but will need more time to complete the

process.

   b) Counsel for defendant also desires additional time to review and analyze the provided discovery, research and prepare pretrial motions, and consult with his client.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2025 to October 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 29, 2025        ERIC GRANT
                   United States Attorney

                   /s/ CHARLES CAMPBELL
                   CHARLES CAMPBELL
                   Assistant United States Attorney

Dated: August 29, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
Roosevelt Beatty, Jr.

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of September, 2025.

_____
Troy L. Nunley
Chief United States District Judge