ERIC GRANT
United States Attorney
JUSTIN LEE
CHARLES CAMPBELL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT BEATTY, JR.,<br><br>Defendant. | CASE NO.  2:25-CR-158-TLN<br><br>STIPULATION RESETTING BREIFING SCHEDULE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 12, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      At a previous status conference, the parties agreed to a briefing schedule for the defendant's Motion to Suppress.  *See* Dkt. No. 20.

2.      The defendant filed the Motion to Suppress on January 8, 2026.  Dkt. No. 21.  The Government's response is due January 29, 2026, with a motion hearing schedule for February 12, 2026.  Dkt. No. 20.

3.      By this stipulation, the parties now move to continue the motion hearing and associated briefing dates.  This extension of the briefing schedule will allow counsel for the Government adequate time to research and respond to the issues raised in the motion to suppress.  Counsel for the Government has been occupied with preparation for a trial beginning on February 3, 2026, before Judge Dale A.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Drozd, and has also been assigned to several immigration habeas filings.

4.      The parties propose the following schedule:

a)      Government's Response to Motion to Suppress: February 26, 2026

b)      Defendant's Reply, if any: March 5, 2026

c)      Motion Hearing: March 12, 2026, at 9:30 a.m.

5.      By this stipulation, the parties also move to exclude time between February 12, 2026, and March 12, 2026, under Local Code T4.

6.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes several hundred pages of documents and multiple hours of body camera footage. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant also desires additional time to review and analyze the provided discovery, research and prepare pretrial motions, and consult with his client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2026 to March 12, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 29, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ CHARLES CAMPBELL
                                            CHARLES CAMPBELL
                                            Assistant United States Attorney


Dated:  January 29, 2026                    /s/ DOUGLAS BEEVERS
                                            DOUGLAS BEEVERS
                                            Counsel for Defendant
                                            Roosevelt Beatty, Jr.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

## ORDER

IT IS SO FOUND AND ORDERED this 29th day of January, 2026.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4